UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

PROXENSE, LLC

vs.                                                                Case No.:  6:20-cv-879-ADA

TARGET CORPORATION

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Matthew S. Yungwirth, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Target Corporation in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Duane Morris LLP with offices at:

   Mailing address: 1075 Peachtree Street, Suite 2000

   City, State, Zip Code: Atlanta, GA 30309-3929

   Telephone: 404.253.6935       Facsimile: 404.759.2353

2. Since November 2000, Applicant has been and presently is a member of and in good standing with the Bar of the State of Georgia. Applicant's bar license number is 783597.

3. Applicant has been admitted to practice before the following courts:

   Court:                                                Admission date:
   Please see attachment.

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 1:13-cv-00492 on the 18 day of June, 2013.
   Number: 1:13-cv-00504 on the 18 day of June, 2013.
   Number: 1:18-cv-00309 on the 23 day of May, 2018.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Gilbert A. Greene with Duane Morris LLP

Mailing address: 900 S. Capital of Texas Highway, Suite 300

City, State, Zip Code: Austin, Texas 78746

Telephone: 512.277.2300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Matthew S. Yungwirth to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Matthew S. Yungwirth
[printed name of Applicant]

*/s/ Matthew Yungwirth*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 15 day of October, 2020.

Matthew S. Yungwirth
[printed name of Applicant]

*/s/ Matthew Yungwirth*
[signature of Applicant]

## Matthew S. Yungwirth – Court Admissions

| Court | Date of Admission | Active Member in Good Standing |
|---|---|---|
| State of Georgia Superior Courts (Bar No. 783597) | 11/03/2000 | Yes |
| State of Georgia Supreme Court / Court of Appeals (Bar No. 783597) | 04/30/2001 | Yes |
| U.S. District Court for the Northern District of Georgia | 04/30/2001 | Yes |
| U.S. Court of Appeals for the 11th Circuit | 07/11/2006 | Yes |
| U.S. District Court for the Eastern District of Wisconsin | 08/04/2006 | Yes |
| U.S. District Court for the District of Colorado | 11/09/2006 | Yes |
| U.S. District Court for the Northern District of Florida | 01/22/2007 | Yes |
| U.S. District Court for the Eastern District of Texas | 12/07/2007 | Yes |
| Court of Appeals for Veterans Claims | 12/04/2015 | Yes |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

PROXENSE, LLC

vs.                                            Case No.: 6:20-cv-879-ADA

TARGET CORPORATION

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Matthew S. Yungwirth, counsel for Target Corporation, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Matthew S. Yungwirth may appear on behalf of Target Corporation in the above case.

IT IS FURTHER ORDERED that Matthew S. Yungwirth, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of October, 20_____.

_____
Please Choose Judge