IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC<br><br>                    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION<br><br>                    Defendant. | Case No. 6:20-cv-879-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**

Defendant Target Corporation files this unopposed motion for extension of time to answer or otherwise respond to Proxense, LLC's First Amended Complaint (Dkt. #15). The current deadline for Defendant to respond to the First Amended Complaint is December 28, 2020. Defendant needs additional time to prepare its response and thus seeks an extension of three weeks on its current deadline to respond, such that its new deadline will be January 18, 2021. Plaintiff has confirmed that it is not opposed to the extension of time sought in this motion.

Dated:  December 18, 2020            Respectfully submitted,

                                     /s/ Gilbert A. Greene
                                     Gilbert A. Greene
                                     **DUANE MORRIS LLP**
                                     Las Cimas IV
                                     900 S. Capital of Texas Highway, Suite 300
                                     Austin, TX 78746
                                     Tel.: 512-277-2246
                                     Fax: 512-597-0703
                                     Email: BGreene@duanemorris.com

                                     Matthew S. Yungwirth (admitted *pro hac vice*)
                                     **DUANE MORRIS LLP**
                                     1075 Peachtree Street NE, Suite 2000
                                     Atlanta, GA  30309-3929

1

Telephone:  404-253-6900
Email:  msyungwirth@duanemorris.com

Christopher J. Tyson (admitted *pro hac vice*)
**DUANE MORRIS LLP**
505 9th Street N.W., Suite 1000
Washington, DC 20004-2166
Tel:  202.776.5213
Email: cjtyson@duanemorris.com

*Attorney for Defendant Target Corporation*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all counsel of record via ECF and electronic mail on this the 18th day of December, 2020.

/s/ Gilbert A. Greene
Gilbert A. Greene