IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION<br><br>　　　　　　Defendant. | Case No. 6:20-cv-879-ADA<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED]  ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNT I OF PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

Before the Court is Defendant's Motion to Dismiss Count I of Plaintiff's First Amended Complaint for Failure to State a Claim.  The Court, having considered same, is of the opinion the motion should be GRANTED.


Dated: _____          _____
　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE