UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC )<br><br>          Plaintiff, )<br><br>v. )<br><br>TARGET CORPORATION )<br><br>          Defendant. ) | Civil Action No.: 6:20-cv-879 (ADA) |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS COUNT I OF FIRST AMENDED COMPLAINT**

Before the Court is Defendant's Motion to Dismiss County I of First Amended Complaint. Having fully considered the Motion, the Opposition, and the submissions related thereto, and the arguments of counsel, the court hereby DENIES Defendant's Motion to Dismiss.

IT IS SO ORDERED this ___ day of _____, 2021

_____
The Honorable Alan D. Albright
United States District Judge