**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| PROXENSE, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : C.A. No. 6:20-cv-00879-ADA |
| v. | : |
| | : |
| TARGET CORPORATION, | : |
| | : |
| Defendant. | : |
| | : |
| | : |

<u>**DECLARATION OF CHRISTOPHER J. TYSON IN SUPPORT OF DEFENDANT'S
RESPONSIVE CLAIM CONSTRUCTION BRIEF**</u>

1.      I make this Declaration of my own free will.

2.      I am an attorney with the law firm Duane Morris LLP and licensed to practice law in Virginia and Washington D.C.

3.      I represent Defendant Target Corporation ("Defendant" or "Target") and I submit this declaration in support of Defendant's Responsive Claim Construction Brief filed concurrently herewith.

4.      Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Dr. Benjamin Goldberg with Regard to Certain Claim Phrases in U.S. Patent No. 10.455,533 dated June 14, 2021.

5.      Attached hereto as **Exhibit B** is a true and correct copy of U.S. Provisional Patent Application No. 60/760,362 (the "'362 Provisional") which I electronically retrieved from the records of the United States Patent and Trademark Office ("USPTO").

6. I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 14, 2021


                                        s/ Christopher J. Tyson
                                        Christopher J. Tyson

DM2\14281269.1