# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PROXENSE, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00879-ADA |
| | § | |
| TARGET CORPORATION | § | |

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by Zoom on **Friday, August 06, 2021 at 01:30 PM**.

IT IS SO ORDERED this 20th day of July, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE