# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC<br><br>                 Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>                 Defendant. | Case No. 6:20-cv-00879-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND STAY OF PROCEEDINGS PENDING COMPLETION OF SETTLEMENT AGREEMENT

Plaintiff Proxense LLC and Defendant Target Corporation (collectively "the Parties") respectfully move this Court to extend the stay in proceedings up to and including 14 days, until March 24, 2022.

The Parties have and continue to negotiate the terms of a final written agreement. The Parties respectfully request that this Court extend the stay in the proceedings for an additional 14 days to allow the Parties to finalize and execute a written agreement. The Parties anticipate that a written agreement will be finalized and executed within the requested extension, after which the Parties will promptly file a joint dismissal.

Dated: March 10, 2022

Respectfully submitted,

*Counsel for Plaintiff Proxense, LLC*

/s_ David L. Hecht_____
Robert Christopher Bunt (TBN 00787165)
rcbunt@pbatyler.com
Charles Ainsworth (TBN 00783521)
charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**

*Counsel for Defendant Target Corporation*

/s/ Matthew S. Yungwirth_____
Gilbert A. Greene
BGreene@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Highway

| | |
|---|---|
| 100 E. Ferguson, Suite 418<br>Tyler, TX 75702<br>Telephone:  903/531-3535<br><br>David L. Hecht (*pro hac vice*)<br>**HECHT PARTNERS LLP**<br>125 Park Avenue, 25th Floor<br>New York, NY 10017<br>Telephone:  (212) 851-6821 | Suite 300<br>Austin, TX 78746<br>Telephone:  512-277-2246<br>Facsimile: 512-597-0703<br><br>Matthew S. Yungwirth (*pro hac vice*)<br>msyungwirth@duanemorris.com<br>**DUANE MORRIS LLP**<br>1075 Peachtree Street NE, Suite 1700<br>Atlanta, GA 30309-3929<br>Telephone: 404-253-6900<br><br>Christopher J. Tyson (*pro hac vice*)<br>cjtyson@duanemorris.com<br>**DUANE MORRIS LLP**<br>505 9th Street N.W., Suite 1000<br>Washington, DC 20004-2166<br>Telephone:  202.776.7800 |

## CERTIFICATE OF SERVICE

This is to certify on March 10, 2022, that a true and correct copy of the foregoing document has been served upon all counsel of record via the Court's ECF system to counsel of record.

/s/ Matthew S. Yungwirth
Matthew S. Yungwirth