# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| PROXENSE, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | Case No. 6:20-cv-00879-ADA |
| | § | |
| TARGET CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

- 2 -

| | |
|---|---|
| Dated:  May 11, 2022 | Respectfully submitted, |
| *Counsel for Plaintiff Proxense, LLC* | *Counsel for Defendant Target Corporation* |

/s/ David L. Hecht  
Robert Christopher Bunt (TBN 00787165)  
rcbunt@pbatyler.com  
Charles Ainsworth (TBN 00783521)  
charley@pbatyler.com  
**PARKER, BUNT & AINSWORTH, P.C.**  
100 E. Ferguson, Suite 418  
Tyler, TX 75702  
Telephone: 903/531-3535  

David L. Hecht (*pro hac vice*)  
**HECHT PARTNERS LLP**  
125 Park Avenue, 25th Floor  
New York, NY 10017  
Telephone: (212) 851-6821  

/s/ Gilbert A. Greene  
Gilbert A. Greene (TX Bar 24045976)  
**DUANE MORRIS LLP**  
Las Cimas IV  
900 S. Capital of Texas Hwy, Suite 300  
Austin, Texas 78746-5435  
Telephone: (512) 277-2246  

Matthew S. Yungwirth (*pro hac vice*)  
**DUANE MORRIS LLP**  
1075 Peachtree Street NE, Suite 1700  
Atlanta, GA 30309-3929  
Telephone: (404) 253-6900  

Christopher J. Tyson (*pro hac vice*)  
**DUANE MORRIS LLP**  
505 9th Street N.W., Suite 1000  
Washington, DC 20004-2166  
Telephone: (202) 776-7800